# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DORRIE R. DREW  
       1507 EVANS AVE.  
       LOVES PARK, IL  61111

SSN-xxx-xx-2471

Case Number: 05-72425

Case filed on: 5/12/2005  
Plan Confirmed on: 7/8/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,740.68      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | DORRIE R. DREW | 0.00 | 0.00 | 40.68 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 40.68 | 0.00 |
| 001 | ATTORNEY TERRY HOSS & | 130.00 | 130.00 | 53.33 | 0.00 |
| 002 | C.B. ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHECK IT | 61.11 | 61.11 | 25.07 | 0.00 |
| 005 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 800.79 | 800.79 | 328.52 | 0.00 |
| 007 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GO - MORE FINANCIAL INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GREAT SENECA FINANCIAL CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | LOVES PARK WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NATIONA ASSET SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NICOR GAS | 426.43 | 426.43 | 174.95 | 0.00 |
| 018 | PENN CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCK RIVER WATER RECLAMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD HEALTH PHYSICIANS | 1,272.55 | 1,272.55 | 522.07 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 150.00 | 150.00 | 61.54 | 0.00 |
| 023 | ROCKFORD REGISTER STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD UROLOGICAL ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RONCO INVENTIONS, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,840.88 | 2,840.88 | 1,165.48 | 0.00 |
|  | Grand Total: | 4,204.88 | 4,204.88 | 2,570.16 | 0.00 |

Total Paid Claimant:     $2,570.16  
Trustee Allowance:     $170.52  
Percent Paid Unsecured:     41.03

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

         /s/ Lydia S. Meyer  
         Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>11/24/2008</u>      By  <u>/s/Heather M. Fagan</u>